ORIGINAL

RECEIVED
MAR 4 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Phoenix Management, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Jonathan M. Bailey

Firm Name: Bailey & Bailey P.C.

05-278C

Post Office Box:

Street Address: 115 E Travis, Suite 711

City-State-Zip: San Antonio, Texas

Telephone & Facsimile Numbers: (210) 225-7747 FAX (210) 225-8246

E-mail address: jbailey@baileylaw.biz

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A F

**See attached Sheet for three digit code.**

Amount Claimed: $ 86,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003