IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHOENIX MANAGEMENT, INC. | ) | electronically filed |
| | ) | March 16, 2005 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-278C |
| | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Jeffrey S. Pease as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
8th Floor

s/Jeffrey S. Pease

JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Tele: (202) 307-1011
Fax: (202) 514-8624

CERTIFICATE OF FILING

I hereby certify that on this 16th day of March, 2005, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jeffrey S. Pease