# In the United States Court of Federal Claims

No. 05-278C
Filed: May 2, 2005

| | |
|---|---|
| ************************************* | |
| | * |
| PHOENIX MANAGEMENT, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

Defendant's unopposed motion to transfer the case is hereby **GRANTED**. Pursuant to 41 U.S.C. § 609(d), this case is transferred to the Armed Services Board of Contract Appeals for consolidation with *Appeal of Phoenix Management, Inc.* ASBCA No. 54715 (filed Aug. 24, 2004).

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge