United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

August 15, 2006

Edward S. Adamkewicz, Recorder
Armed Services Board of Contract
Appeals
Skyline Six Place, 7th Floor
5109 Leesburg Pike
Falls Church, VA 22041-3208

*Re:* *Phoenix Management, Inc. v. The United States,*
*No. 05-278 C*

Dear Mr. Adamkewicz:

Pursuant to the Order of this court filed on May 2, 2005, the above captioned case has been transferred to the Armed Services Board of Contract Appeals for consolidation with ASBCA Docket No. 54715. Enclosed, please find certified copies of the transfer order, docket sheet, and documents that comprise the balance of the record.

Please acknowledge receipt of these records by dating and returning the enclosed copy of this letter.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Judge Susan G. Braden
Johnathan M. Bailey, Esquire
Jeffrey S. Pease, Esquire